JUDGE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5111FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATED |
| vs. ) | MOTION TO EXTEND INDICTMENT |
| ) | DEADLINE |
| MARTIN MENERA-RAMIREZ, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy trial; now, therefore,

///

///

///

///

///

///

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 1

1     IT IS HEREBY ORDERED that the indictment deadline be extended to June 9,

2 2006. The period of delay resulting from this extension is hereby excluded for speedy

3 indictment purposes under 18 U.S.C. §3161(h).

4     DONE this 5th day of April, 2006.

                                         FRANKLIN D. BURGESS
                                         UNITED STATES DISTRICT JUDGE

Presented by:

_____

Russell V. Leonard

Attorney for Defendant

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE  - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1
2
3
_____
4
David Jennings
5
Assistant U.S. Attorney
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**