JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN MENERA-RAMIREZ, )<br>)<br>Defendant. )<br>) | NO. CR06-5111FDB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy trial; now, therefore,

///

///

///

///

///

///

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

IT IS HEREBY ORDERED that the indictment deadline be extended to July 9, 2006. The period of delay resulting from this extension is hereby excluded for speedy indictment purposes under 18 U.S.C. §3161(h).

DONE this 2nd day of June, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____

Russell V. Leonard

Attorney for Defendant

_____

David Jennings

Assistant U.S. Attorney

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710