# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>MARTIN MENERA-RAMIREZ,<br><br>          Defendants. | **Case No.** CR06-5111FDB<br><br>Minute Order<br>Re: Settlement Conference |

THIS matter was referred by the Honorable Franklin D. Burgess to U.S. Magistrate Judge, J. Kelley Arnold, for purposes of a settlement conference.

Judge Arnold met with AUSA, David Jennings, defense counsel Russell Leonard, and the defendant this date. Following discussion, it was agreed that the parties would meet again with Judge Arnold at **9:00 a.m., June 29th**, unless a plea agreement has been earlier agreed upon in which case counsel would schedule entry of a plea before another Judge, presumably on June 29th.

Entered by Deputy Clerk, */s/Kelly Miller*, this 13th day of June, 2006.