**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARTIN MENERA-RAMIREZ,<br><br>                Defendants. | **Case No.** CR06-5111FDB<br><br>Minute Order<br>Re: Settlement Conference |

       THIS matter was referred to U.S. Magistrate Judge J. Kelley Arnold by the Honorable Franklin D. Burgess for purposes of a settlement conference.

       Magistrate Judge Arnold met with AUSA David Jennings, defense counsel Russell Leonard, defendant Martin Mernera-Ramerez, and court certified interpreter Elizabeth Taft-Smith on June 13 for purposes of exploring settlement. The same persons met with Judge Arnold June 29th for purposes of a follow-up discussion. **The parties have reached agreement**, and have scheduled presentation of a plea agreement to Judge Burgess this date at 1:30 p.m.

       Entered by Deputy Clerk, */s/Kelly Miller*, this 29th day of June 2006.

ORDER
Page - 1